**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,

          Respondent

          v.

ALOIS AARON KUDLACH,

          Petitioner

: No. 584 MAL 2022
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of August, 2023, the Petition for Allowance of Appeal is **DENIED**.